JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JULIO CESAR MENDOZA FAUDOA,

        Petitioner,

    v.

JAMES JANECKA, et al.,

        Respondents.

Case No. EDCV 26-1787-PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

1) Respondents shall immediately release Petitioner from custody.  Respondents shall not re-detain Petitioner under 8 U.S.C. § 1226 absent compliance with constitutional protections, which include at a minimum pre-deprivation notice of at least 10 days before a pre-deprivation hearing, at which time the Government shall bear the burden of justifying by clear and convincing evidence that Petitioner poses a flight risk or danger to the community if not detained;

2) Respondents shall not re-detain Petitioner under any provision of the INA while he remains in lawful deferred action status; and

3) Respondents shall file a notice of compliance no later than **April 29, 2026**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 27, 2026

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2